AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

DALE CHISENA
_____
*Petitioner*

v.

Case No. 5:25-cv-747-JSS-PRL
*(Supplied by Clerk of Court)*

WARDEN, COLEMAN LOW
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED - USDC - FLMD - OCA
NOV 21 2025 AM 11:24

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Dale Chisena
   (b) Other names you have used: n/a
2. Place of confinement:
   (a) Name of institution: FCC Coleman Low
   (b) Address: P.O. Box 1031   Unit B-2
      Coleman, FL   33521
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern District of Kentucky Central Division
      (b) Docket number of criminal case: 11-47-KKC
      (c) Date of sentencing: June 14, 2012
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

Page 2 of 10

Case 5:25-cv-00747-JSS-PRL   Document 1   Filed 11/21/25   Page 2 of 8 PageID 2

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain):

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: ___See attached___

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes       ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: ___See attached___

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: n/a

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal:
   Time is of the essence due to my health.

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    n/a    ☐ No
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: n/a

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

n/a

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes   ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes   ☐ No

   If "Yes," provide:
   (1) Name of court: n/a
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court: n/a
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

_____ n/a _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____ n/a _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Date of filing: _____ n/a _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No
      n/a
If "Yes," provide:

(1) Name of court: _____ n/a _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: n/a
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☒ Yes      ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:    See attached
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** I have been approved for a medical compassionate release but denied by warden due to false information provided to him by probation.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

Page 8 of 10

**GROUND FOUR:** n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: n/a

## Request for Relief

15. State exactly what you want the court to do: Grant a Temporary Restraining Order ordering me released per medical compassionate grounds to the approved address in attachment. Order the probation department to contact my landlord directly and obtain a signed statement that I have approved housing and release me permanently.